```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

**PATRICK NEAL ANDERSON,**             *
                                       *
    Plaintiff,                         *
                                       *
v.                                     *  CIVIL ACTION NO. 11-00061-WS-B
                                       *
**MICHAEL J. ASTRUE,**                 *
**Commissioner of Social Security,**   *
                                       *
    Defendant.                         *

## JUDGMENT

In accordance with this Court's Order entered on this date, it is hereby **ORDERED, ADJUDGED and DECREED** that this action is **REMANDED** to the Social Security Administration pursuant to sentence six of 42 U.S.C. § 405(g), for further proceedings consistent with the opinion of this Court.

**DONE** and **ORDERED** this the 19th day of October, 2011.

                                **s/WILLIAM H. STEELE**
                                CHIEF UNITED STATES DISTRICT JUDGE