IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **PATRICK NEAL ANDERSON,** | * | |
| Plaintiff, | * | |
| vs. | * | CIVIL ACTION 11-00061-WS-B |
| **MICHAEL J. ASTRUE,** Commissioner of Social Security, | * | |
| Defendant. | * | |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to Plaintiff Patrick Neal Anderson's Motion for Leave to Appeal In Forma Pauperis (Doc. 28), the Report and Recommendation of the Magistrate Judge dated April 4, 2011 (Doc. 31) and made pursuant to 28 U.S.C. § 636(b)(3) is **ADOPTED** as the opinion of this Court.  It is **CERTIFIED** that this appeal is not taken in good faith in that Plaintiff's appeal is without arguable merit either in law or fact. Therefore, Anderson's Motion for Leave to Appeal In Forma Pauperis (Doc. 28) is **DENIED**.

**DONE** and **ORDERED** this 21st day of November, 2011.

s/WILLIAM H. STEELE
**UNITED STATES DISTRICT JUDGE**