```
        IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

PATRICK N. ANDERSON,                  *
                                      *
    Plaintiff,                        *    CIVIL ACTION NO. 11-00061-WS-B
                                      *
vs.                                   *
                                      *
CAROLYN W. COLVIN,                    *
Commissioner of Social                *
Security,                             *
                                      *
    Defendant.                        *

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated February 6, 2017, is **ADOPTED** as the opinion of this Court.

**DONE** this 10th day of March, 2017.

                                   s/WILLIAM H. STEELE
                                   UNITED STATES DISTRICT JUDGE