```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

PATRICK N. ANDERSON,              *
                                  *
    Plaintiff,                    *   CIVIL ACTION NO. 11-00061-WS-B
                                  *
vs.                               *
                                  *
CAROLYN W. COLVIN,                *
Commissioner of Social            *
Security,                         *
                                  *
    Defendant.                    *

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff benefits be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings not inconsistent with this decision.

**DONE** this 10th day of March, 2017.

                                s/WILLIAM H. STEELE
                                UNITED STATES DISTRICT JUDGE